UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:08-CV-010-KKC

AMADOR RIVERA     PETITIONER

VS: **JUDGMENT**

HECTOR RIOS, Warden     RESPONDENT

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is hereby entered in favor of the Respondent;

(2) the claims asserted in this action by the Petitioner are hereby **DISMISSED**, and this matter **IS STRICKEN** from the Court's active docket;

(3) this is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

(4) the Court **CERTIFIES** that any appeal would not be taken in good faith.

Dated this 8th day of April, 2008.



Signed By:
*Karen K. Caldwell*  KKC
United States District Judge